IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT

OF HINDS COUNTY, MS


AUDRAY (ANDRES) JOHNSON                                    PLAINTIFF

VS.                                          CIVIL ACTION # 14-317


HINDS BEHAVIORAL HEALTH SERVICES;                      DEFENDANTS

DR. FAYAZ ABDRABBO, M.D.


STATE OF _Maryland_

COUNTY OF _Baltimore_


## AFFIDAVIT OF DR. SHOBHIT NEGI, MD., FAPA


### To Whom It May Concern

Based upon my review of documents provided to me, I was asked to form an opinion whether Dr. Fawaz Abdrabbo fell below the standard of care in monitoring Mr. Audray Johnson's kidney functions while treating his psychiatric condition with Lithium.

This report incorporates information from the following sources:

1. Complaint filed by Mr. Audray Johnson in the Circuit Court of the First Judicial District of Hinds County, Mississipi, Case: 25CI1:14-cv-00317-WAG, 05/13/14
2. Medical Records
-Office Visit, Baptist Medical Clinic, Family Medicine Madison, 11/25/13, 07/01/13, 06/24/13, 06/18/13, 06/04/13, 02/06/13, 01/31/13, 01/08/13, 05/23/12
-Laboratory Results History, Baptist Medical Clinic, Family Medicine Madison, 01/14/14, 02/06/13, 01/31/13, 01/10/13
-Laboratory Orders for Lithium Level, CMP, TSH, T4 by Fawaz Abdrabbo, M.D., Hinds Behavioral Health Services, 09/09/05, 12/01/06, 11/30/07,
-Laboratory Results for Lithium Level, BUN, Creatinine, St. Dominic Health

Services, Clinical Laboratory, Ordered by Fawaz Abdrabbo, M.D., 08/31/04,
12/29/05, 12/04/06, 02/11/08, 04/27/09
-Laboratory Results for BUN, Creatinine, St. Dominic Health Services, Ordered Dr. Timothy
Michael Quinn, 04/12/12
- Laboratory Results for Lithium Level, BUN, Creatinine, St. Dominic Health
Services, Ordered by Dr. Timothy Michael Quinn, 02/17/12
- Laboratory Results for BUN, Creatinine, St. Dominic Health Services, Ordered by
Dr. Timothy Michael Quinn, 04/09/10
- Laboratory Results for BUN, Creatinine, St. Dominic Health Services, Ordered by
Dr. Timothy Michael Quinn, 10/13/09
- Laboratory Results for BUN, Creatinine, St. Dominic Health Services, Ordered by
Dr. Eric David Burger, 06/26/09

AUDRAY JOHNSON

3. Emergency Physician Record, St. Dominic Behavioral Health, St. Dominic-Jackson
Memorial Hospital, Jackson, Mississippi, 10/26/03, 10/27/05, 06/26/09,
11/20/10
4. Document prepared by Mr. Johnson stating adverse effects while being on Lithium and
benefits perceived when the Lithium dose was reduced

Qualifications of the Examiner

I completed my residency training in adult psychiatry at Howard University Hospital. In
addition, I am fellowship trained in child and adolescent psychiatry from the University of
Maryland and forensic psychiatry from the University of Pennsylvania. I am board certified in
adult and child and adolescent psychiatry.

I have engaged in psychiatric practice for about 15 years and over the years have evaluated
and treated patients in various settings, including emergency rooms, outpatient, inpatient,
partial hospital program, consultation-liaison, and telepsychiatry. I have and continue to
prescribe Lithium carbonate in my clinical practice. Due to Lithium's narrow therapeutic
index which is a comparison of the amount of Lithium that causes the therapeutic effect to
the amount that causes toxicity, and potentially toxic effect of Lithium on the kidneys and
thyroid, if a patient is prescribed Lithium, I closely monitor lithium level, kidney functions,
such as blood urea nitrogen (BUN) and serum creatinine, and thyroid functions, such as
thyroid stimulating hormone (TSH).

**Summary of Relevant Records**

Mr. Audray Johnson, DOB 07/20/68 began receiving psychiatric services at the Hinds
Behavioral Services on or about June of 1996. He has been diagnosed with Schizoaffective
Disorder, Bipolar type, Hyperlipidemia, Hypertension and Gout. For close to twenty years, he
was prescribed Lithium. In addition to Lithium, he was also prescribed Risperdal.

At least from 05/23/12 to 06/04/13, Mr. Johnson was prescribed Lithium carbonate extended
release one tablet (450 mg) by oral route three times a day. Note from Baptist Medical Clinic
dated 06/18/13 indicates that patient "is decreasing the Li," and that he was taking Lithium
carbonate two (150 mg) capsules by oral route every day.

AUDRAY JOHNSON    PAGE 3

Records indicate that between 2004 and 2009, Dr. Abdrabbo was monitoring Mr. Johnson's
lithium level and kidney functions about once a year. Dr. Abdrabbo wrote orders for the
following: Lithium Level and CMP, which includes BUN and Creatinine on 09/09/05,
12/01/06, 11/30/07 and the results of the aforementioned blood work ordered by Dr. Abdrabbo
are available for the following dates: 08/31/04,

12/29/05, 12/04/06, 02/11/08, 04/27/09. During that time period results indicate that Mr. Johnson's lithium level was never in the toxic range and that his BUN and Creatinine were never outside the upper limit of the normal range.

Laboratory results dated 01/31/13 indicates: Lithium level=0.8, which is within the therapeutic range, BUN=16, which is within the normal range, Creatinine=1.7, which is higher than the upper limit of the normal range (0.7-1.5) and Estimated Glomerular Filtration Rate (GFR)=47, which according to the Chronic Kidney Disease Staging system indicates Stage III chronic kidney disease. Dr. Cynthia Garrett note dated
01/10/13 indicates that Dr. Abdrabbo had ordered the following blood work: Lithium, BUN, Creatinine, Urinalysis, TSH, T4 and Vitamin D level.

From April of 2009 to April of 2012, Mr. Johnson's BUN, creatinine and lithium level was ordered by Dr. Eric David Burger and Dr. Timothy Michael Quinn.

**Opinion**

Lithium is a medication indicated as a maintenance treatment for individuals with a diagnosis of Bipolar Disorder and for the treatment of manic episodes associated with Bipolar Disorder. Risperdal is an atypical antipsychotic indicated for treating Schizophrenia, manic and mixed episodes associated with Bipolar Disorder, and irritability associated with Autism Spectrum Disorder. Risperdal can be added to Lithium to treat manic or mixed episodes associated with Bipolar Disorder.

When a patient is on Lithium, the kidney functions should be monitored at least once every 6 months to a year. The kidney functions may need to be monitored more closely if a person having high blood pressure is of African American descent and has Gout.

Forming an opinion regarding Dr. Abdrabbo deviating from the standard of care in monitoring Mr. Johnson's kidney functions while prescribing him Lithium can be made after I have reviewed Dr. Abdrabbo's records on Mr. Johnson. From review of

AUDRAY JOHNSON    PAGE 3

records it appears that until 2013, Mr. Johnson was under Dr. Abdrabbo's psychiatric care. Prior to April of 2009, Dr. Abdrabbo was monitoring Mr. Johnson's lithium level, BUN and creatinine about once a year. In between 2009 and 2012, Drs. Quinn and Burger ordered BUN and creatinine five times and lithium level once. No laboratory results are available for 2011. It appears that after a gap of about 4 years, Dr. Abdrabbo ordered lithium level, BUN and creatinine.

It should be understood that this report consists of opinion based only upon the records available to me that have been listed at the beginning of this report. This report may be modified as additional information becomes available from deposition or other records.

Should questions arise regarding this correspondence, or if I can be of further assistance, please do not hesitate to contact me.

SWORN TO AND SUBSCRIBED BEFORE ME, this the _9th_

day of _February_ , 2015

Dr. Shobit Negi, MD, FAPA

Phone:  313-445-5382

E-Mail:  shobitnegi@yahoo.com

NOTARY PUBLIC

My Commission expires: _9/19/17_

1

# CURRICULUM VITAE
July, 2014

**Name:** Shobhit Negi, M.D.

**Certification:**
Diplomate of the American Board of Psychiatry and Neurology with Certification in the Subspecialty of Child and Adolescent Psychiatry (September 2013)
Diplomate of the American Board of Psychiatry and Neurology with Specialty Certification in Psychiatry (May 2006)

**Licensure:** State of Maryland (D72416)

**Professional Work Experience:**
April 2013 to present-Private practice of General and Child and Adolescent Psychiatry, The Maryland Centers for Psychiatry, P.A.
July 2005- June 2011-Staff Psychiatrist, Otis R. Bowen Center, Warsaw, Indiana

**Postdoctoral training:**
July 2013 to June 2014-Fellowship in Forensic Psychiatry, Perelman School of Medicine, University of Pennsylvania
July 2011 to June 2013-Fellowship in Child and Adolescent Psychiatry, University of Maryland School of Medicine/Sheppard Pratt Health System
July 2001 to June 2005-Residency training in Psychiatry at Howard University Hospital, Washington, DC
March 1998 to December 1999-Residency training in Psychiatry at Sarojini Naidu Medical College, Agra, India

**Medical School:**
April 1992 to December 1996-King George's Medical College, Lucknow, India
December 1996- December 1997-Compulsory one-year rotatory internship, Doon Hospital, Dehradun, India

**Research Experience:**
May 2003-Systematic Treatment Enhancement Program for Bipolar disorder (STEP-BD) certified physician
June 2000 to June 2001-Clinical Research Fellowship, Nathan Kline Institute for Psychiatric Research, New York State Office of Mental Health
January 2000 to June 2000-Study coordinator, Department of Psychiatry, New York University affiliated Veteran Affairs Medical Center

**Presentations:**

2

Presentation at the University of Pennsylvania's Forensic Psychiatry Seminar-*Applying Forensic Psychiatry to the Jurisprudence of Emotional Trauma* (April 2014)
Poster presentation at the 2004 Workshop on Disparities in HIV, Vanderbilt University, Nashville, Tennessee- *HIV Risk assessment and Mental health screening by Primary care physicians* (November 2004)
Poster presentation at the Annual National Medical Association meeting, San Diego, California- *HIV Risk assessment and Mental health screening by Primary care physicians* (August 2004)
Poster presentation at the Annual Resident and Faculty Scientific Symposium, Howard University Hospital, Washington DC- *HIV Risk assessment and Mental health screening by Primary care physicians* (April 2004)
Poster presentation at the Annual meeting of the Society for Neurosciences, San Diego, California - *Clozapine attenuates Phencyclidine (PCP) induced deficits of Pre-pulse Inhibition in Monkeys* (November 2001)

**Honors/ Awards:**
Certificate of achievement for scholarly activity at Howard University Hospital, Washington DC (June 2005)
Chester Pierce Award (August 2004)
Certificate of achievement for scholarly activity at Howard University Hospital, Washington DC (June 2004)
American Association of Directors of Psychiatric Residency Training/Pfizer Neuroscience International Medical Graduate Mentorship Award (January 2004)
 Best paper award at the Annual meeting of the Indian Psychiatric Society- *Effect of Lithium on Sexuality in Bipolar patients* (October 1999)
Won the college round of the Pediatric Quiz contest conducted by the Indian Academy of Pediatrics (August 1996)

**Memberships:**
American Association of Child and Adolescent Psychiatry (AACAP)
American Academy of Psychiatry and the Law (AAPL)

**Volunteer:**
American Association of Child and Adolescent Psychiatry, Advocacy Day, May 2012 and May 2013
Standardized patient preceptor program participant- Howard University, College of Medicine (August 2004)
National Depression screening day (October 2003)

**Abstracts :**
Linn, Negi, Javitt. Clozapine attenuates Phencyclidine (PCP) induced deficits of Pre-pulse Inhibition in Monkeys. Soc Neuroscience Abstract. Volume 27, Program Number: 664.13, 2001

**Publications:**
 1. Juror's Willful Misconduct and Sentencing of a Juvenile Offender to Life Without Parole. Journal of the American Academy of Psychiatry and the Law 42:2:243-245 (June 2014)