# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**AUDRAY JOHNSON**                                                           **PLAINTIFF**

**V.**                                       **CAUSE NO. 3:17-CV-617-CWR-FKB**

**HINDS BEHAVIORAL HEALTH SERVICES**                     **DEFENDANTS**
**and Dr. FAYAZ ABDRABBO, MD**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. Docket No. 5. After examining the record evidence in this case, he recommended that Audray Johnson's motion for leave to proceed *in forma pauperis* be granted, his motion for financial update/status hearing be found moot, and that his Complaint be dismissed with prejudice. *Id*. Johnson has objected to the Report and Recommendation. Docket No. 6.

Having fully reviewed the Report and Recommendation, as well as the arguments contained in Johnson's objection, the Court concludes that the Report and Recommendation is well-reasoned and legally correct, and therefore overrules the Plaintiff's objection. The Magistrate Judge's Report and Recommendation is adopted fully herein by reference. Accordingly, it is ordered that Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED, his motion for financial update/status hearing is MOOT, and his Complaint is DISMISSED with prejudice. A separate Final Judgment shall issue this day.

**SO ORDERED AND ADJUDGED**, this the 13th day of March, 2018.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE