IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AUDRAY JOHNSON**                                                               **PLAINTIFF**

**V.**                                      **CAUSE NO. 3:17-CV-617-CWR-FKB**

**HINDS BEHAVIORAL HEALTH SERVICES**                **DEFENDANTS**
**and Dr. FAYAZ ABDRABBO, MD**

### FINAL JUDGMENT

In accordance with the Order entered by the Court this date, it is ordered and adjudged that Plaintiff's Complaint is dismissed with prejudice. Docket No 7. This case is closed.

**SO ORDERED AND ADJUDGED**, this the 13th day of March, 2018.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE